Filed 11/10/22  P. v. Gerard CA5

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>TEDDY ANGELICA GERARD,<br><br>    Defendant and Appellant. | F084273<br><br>(Super. Ct. No. F21907605)<br><br>**OPINION** |

## THE COURT[*]

APPEAL from a judgment of the Superior Court of Fresno County.  Amy K. Guerra, Judge.

Gordon B. Scott, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

[*]     Before Poochigian, Acting P. J., Peña, J. and Smith, J.

Appointed counsel for defendant Teddy Angelica Gerard asked this court to review the record to determine whether there are any arguable issues on appeal. (*People v. Wende* (1979) 25 Cal.3d 436.) Defendant was advised of her right to file a supplemental brief within 30 days of the date of filing of the opening brief. Defendant did not respond. Finding no arguable error that would result in a disposition more favorable to defendant, we affirm the judgment.

## BACKGROUND

In two separate incidents on September 10 and 24, 2021, defendant became intoxicated and attacked two different men with a knife under domestic violence circumstances.

On February 9, 2022, defendant pled no contest to one count of domestic violence (Pen. Code, § 273.5, subd. (a);[1] count 3), and she admitted using a deadly weapon (§ 12022, sub. (b)(1)) and inflicting great bodily injury under circumstances involving domestic violence (§ 12022.7, subd. (c)). Three other counts were dismissed.

On March 16, 2022, the trial court sentenced defendant to six years in prison as follows: the lower term of two years, plus a one-year deadly weapon enhancement and a three-year great bodily injury enhancement. The court awarded credits and imposed various fines and fees.

On April 26, 2022, defendant filed a notice of appeal.

## DISCUSSION

Having undertaken an examination of the entire record, we find no evidence of ineffective assistance of counsel or any other arguable error that would result in a disposition more favorable to defendant.

## DISPOSITION

The judgment is affirmed.

---

[1] All statutory references are to the Penal Code.